IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                           Case No. 4:16-CR-00230-BSM-4

BRANDY TORIBIO                                                          DEFENDANT

## ORDER

Brandy Toribio's motion for compassionate release and sentence reduction [Doc. No. 137] is denied.

Toribio was sentenced to 108 months imprisonment for one count of possession with intent to distribute methamphetamine. Doc. No. 117.  She moves for compassionate early release, pursuant to 18 U.S.C. section 3582(c)(1)(A).  Toribio argues that her underlying medical conditions, which include bronchitis, asthma, diabetes, and obesity are reasons that warrant her early release because they greatly increase her likelihood of suffering severe complications if she contracts COVID-19. Mot. Release at 1.

General fear of contracting COVID-19 is not an "extraordinary and compelling" reason that warrants release. *See, e.g., United States v. Ram*, 2020 WL 3100837, at *3 (W.D. Ark. June 11, 2020).  Other than the health issues Toribio points out, there is no reason to revisit the section 3553(a) factors that were considered at the time of sentencing.  *Id.*

IT IS SO ORDERED this 7th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE